UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

                              Case No.:2:18-cv-02782-JHS

LAMS INVESTMENT GROUP, LP,
a Pennsylvania Limited Partnership,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to execution of settlement documents and receipt of settlement funds, and hereby requests:

1. The Plaintiff requests that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within 45 (45) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice with the Court retaining Jurisdiction to Enforce the Terms of the Settlement Agreement. or, on good cause shown, to re-open the case for further proceedings.

2. The Plaintiff respectfully requests adjournment of the following conferences, in light of the settlement:

    a. 3:00 p.m. on Monday, June 24, 2019 - Teleconference before the Honorable Joel H. Slomsky; and

    b. 2:00 p.m. on June 26, 2019 – Settlement conference before the Honorable Carol Sandra Moore Wells.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of June, 2019, the foregoing was filed via CM/ECF, which will automatically generate notice to Attorneys for Defendant: Edward T. Kang, Esq., ekang@khflaw.com, and Beth A. Hurley, Esq., bhurley@khflaw.com, Kang Haggerty & Fetbroyt LLC, 123 S Broad Street, Suite 1670, Philadelphia, PA 19109.

/s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq. (LF 5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
Lfuller@fullerfuller.com
and
David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossito
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:   215.564.2879
ddessen@dms-lawyer.com

*Attorneys for Plaintiff*